# Exhibit B

| US Patent No. 10,728,619 Claim 1 | Accused Product/System | Infringement of US Patent No. 10,728,619 |
|---|---|---|
| A method for displaying tailored advertising in response to user media playback behavior via an over-the-top data delivery system, comprising: | | |
| verifying an identity of the user; | <br>https://www.hulu.com/welcome | [0031] Ad interface 106 allows a user to register with and configure ad engine 110 (discussed in more detail below) to enable ad engine 110 to track user activity and preferences and respond to user media playback actions.  It is contemplated that ad interface 106 allows a user to provide any information to ad engine 110.  For example, a user can input authentication, advertisement parameters, product purchases, user information, and any other information that is used by ad engine 110. As used herein, "advertisement parameters" comprise any variable(s) that can directly or indirectly control how ad engine 110 executes advertisements and receives user inputs.<br><br>**Here, Hulu's log in page is a method of verifying user identity and authenticating** |

| | | that identity, which is tied to their targeted advertisement platform. |
|---|---|---|
| analyzing historical data associated with the identity, wherein the historical data includes patterns of user behavior associated with one or more advertisements; | "Advertisers. We display advertisements from other companies on the Hulu Services, often enabling users to interact with the advertisements or click through to websites or other properties owned or operated by other companies. These advertisers and their service providers may use cookies and similar technologies to collect information, from or about you through the Hulu Services in order to tailor advertisements, measure advertising effectiveness, and enable other enhancements. This information may relate to your use of the Hulu Services, websites you visited, advertisements you viewed, and your other activities online and may include the information described in Section 2 ("Information We Collect"). We may also compile and provide reports, including in encrypted, aggregated, or de-identified forms, to advertisers about the effectiveness of their campaigns."<br><br>https://www.hulu.com/privacy.txt (Section 4) | **[0047]** It is contemplated that user data can be retrieved from local storage and/or remote storage.  User data can include any data associated with a user, including, for example, purchasing behavior, media consumption behavior, media content data, geolocation data, and biometric data.  **[0048]** In one embodiment, ad engine 110 receives user data from database 112 residing remotely on server computer 108.  For example, ad engine 110 can receive data regarding a user's viewing habits, shows watched, purchase history, and recent keyword searches from a solid-state drive (SSD) residing in a remote server through the Internet.  In another example, ad engine 110 can receive data regarding a user's viewing habits from multiple databases in a distributed database system in a cloud environment.<br><br>**Here, Hulu's privacy policy expressly states that user data and associated activities online may be used to tailor advertisements (e.g., binge ads), measure advertising effectiveness, and enable other enhancements.**<br>**As such, Hulu's advertisement platform analyzes historical user data to identify patterns of behavior (e.g., tailoring advertisements to user preferences and** |



https://advertising.hulu.com/ad-products/binge-ad/

associated behaviors) to provide "contextually and situationally-relevant messages".



https://techcrunch.com/2019/12/12/hulu-launches-its-viewer-friendly-binge-watch-ads/



ways to reach customers in a way that doesn't annoy them. Ads that tie into content or that show a story across commercial breaks have seen some success — take Procter & Gamble's widely applauded "It's a Tide Ad" spots during the 2018 Super Bowl, which continued through ad placements throughout the game.

Hulu will use data on viewers to predict when they're likely to begin binge-watching a show, which it defines as watching three or more episodes at a time. The platform will serve "contextually relevant messaging from our brand partners that acknowledges a binge watching session has begun."

For instance, an example ad for Cheez-It Snap'd snacks reads, "Another episode? Snack it to me!" and one from Sparkle says "The dishes can (probably) wait. More TV!"

Once a viewer reaches a third episode, an message will reveal that the next episode will be ad-free (this message could be "presented by Sparkle," for example) or will give the viewer a unique offer from a brand, like $1 off a bag of a certain variety of Cheez-Its.

https://www.cnbc.com/2019/12/12/hulu-new-ad-type-will-reward-binge-watchers.html

"We may use the information we collect from or about you to better understand your preferences and behaviors, including to customize Content and advertising for you. We may combine the information we collect from or about you and use it in the manner described in this Privacy Policy or as otherwise permitted by law."
https://www.hulu.com/privacy.txt (Section 2)

| | | |
|---|---|---|
| detecting media playback by the user; | <br><br>https://advertising.hulu.com/ad-products/pause-ad/ | **[0074]** Ad engine 110 detects a change in media playback (step 310).<br>**[0075]** In a preferred embodiment, ad engine 110 detects a user-initiated pause in media play back. For example, ad engine 110 can detect a "pause" command during playback of a movie in a streaming service. In another example, ad engine 110 can detect a "pause" command from a verbal user command spoken into a microphone. In another example, ad engine 110 can detect a "pause" command from a user gesture using one or more image recognition techniques. However, it is contemplated that ad engine 110 can detect a user-initiated pause in any manner contemplated in the art.<br><br>**Here, Hulu's pause ad feature falls squarely into media playback territory as well-understood in the art, which includes starting and stopping playback of a video.** |

| | | |
|---|---|---|
| analyzing content associated with the media playback; | https://advertising.hulu.com/ad-products/binge-ad/ | **[0069]** Media attributes include any objective and subjective characteristics of the media content itself.  Objective characteristics can include, for example, total playback time, listed actors/actresses, total number of episodes, and genres.  Subjective characteristics can include, for example, type of humor, tone, and pacing.<br>**[0070]** However, the objective and subjective characteristics listed herein are merely illustrative and are not limited to the provided examples.<br>It is contemplated that ad engine 110 can use apply the advertisement policy to the analyzed media attributes to assist in determining which advertisements to run.<br><br>**Here, Hulu's advertisement platform analyzes the context of a user's binge session to delivery situationally relevant ads.  As such, Hulu's advertisement services, such as binge ads, analyzes the media itself to determine how to delivery advertisements based on the context.** |

| | | |
|---|---|---|
| retrieving an advertisement rule associated with the user; | 3. Use of Information We Collect<br><br>Use in General. We use the information we collect from or about you in order to help deliver a first-class user experience, including for the following purposes:<br><br>    * providing the Hulu Services, including customer support;<br>    * contacting and communicating with you, including for promotions, updates, and notifications;<br>    * customizing the Content and advertising you view and evaluating how well the Content and advertising perform;<br>    * identifying Content you share;<br>    * administering surveys, sweepstakes, contests, and other promotional activities or events;<br>    * customizing recommendations;<br>    * operating and optimizing the Hulu Services, such as by conducting analytics and research;<br>    * compiling aggregate data for internal and external business purposes;<br>    * detecting security incidents, preventing potentially fraudulent, illegal or harmful activities and otherwise enforcing our Terms of Use and other policies;<br>    * protecting your and our rights and complying with legal obligations;<br>    * other uses in accordance with our Terms of Use; and<br>    * any other purpose that is disclosed to you at the time we collect the information or that is related to a request made by you.<br><br>Use of Payment Information. We use payment information, such as credit card numbers and billing ZIP code, and commercial information, such as the Hulu plan(s) you purchase, to help provide the Hulu Services. For example, we use payment information to process payments from a subscriber (we use a third-party payment processor to do this), to retrieve account information for a subscriber, to determine whether a subscriber is eligible for promotions, and to detect abuse of the Hulu Services.<br><br>https://www.hulu.com/privacy.txt | **[0071]** It is contemplated that ad engine 110 queues advertisements that are the most relevant to the user by applying the user-specific advertisement policy to the filtered advertisements based on analyzed media attributes.<br>**[0072]** For example, ad engine 110 can, based on the advertisement policy for a user, determine that advertisements associated with the classifiers "college-educated", "male-oriented", "liberal", and "less than 30 seconds long" are the most relevant to a 20-year-old college student.<br><br>**Here, Hulu's privacy policy states that it uses user data to cusomize the content and advertising a user views and evaluation how well the advertising performs.  As such, Hulu's advertising platform uses one or more advertisement rules associated with a user to deliver and analyze the success of content and advertisements.** |

| | | |
|---|---|---|
| queueing user tailored advertisements based on the analyzed content and the advertisement rule; and | <br>https://advertising.hulu.com/ad-products/binge-ad/ | **[0070]** Ad engine 110 queues advertisements based on the analyzed media attributes and the advertisement policy (step 308).<br>**[0071]** It is contemplated that ad engine 110 queues advertisements that are the most relevant to the user by applying the user-specific advertisement policy to the filtered advertisements based on analyzed media attributes.<br><br>**Here, Hulu queues advertisements based on user behavior and associated media content. For example, Hulu will identify a binge session and queue up an advertisement at a particular episode based on binge watching behaviors associated with the user. (see TechCrunch reference regarding Hulu binge ad launch).** |



https://techcrunch.com/2019/12/12/hulu-launches-its-viewer-friendly-binge-watch-ads/

delivering an advertisement from any one or more third-party services in response to detecting a pause in the media playback.



https://advertising.hulu.com/ad-products/pause-ad/

**[0081]** Ad engine 110 initiates playback of a queued advertisement (step 312).

**[0082]** In a preferred embodiment, ad engine 110 initiates the playback of a queued advertisement stored on a local storage media (e.g., internal hard drive, internal solid-state drive, random access memory, etc.).  For example, ad engine 110 can detect a user-initiated pause in the playback of a streaming comedy and cause playback of a humorous advertisement from a data buffer in RAM.

**Here, Hulu expressly states that their platform delivers an advertisement to a user after detecting a pause in media playback.**

| US Patent No. 10,728,619 Claim 2 | Accused Product/System | Infringement of US Patent No. 10,728,619 |
|---|---|---|
| A method for displaying tailored advertising in response to user media playback behavior via an over-the-top data delivery system, comprising: | | |
| wherein the advertisement rule controls selection of advertisements based on a variable selected from the group consisting of: permitted brands, permitted themes, advertisement length, advertisement content, advertisement format, seasonality, user advertisement preferences, derived user advertisement | **Brand Logo/Title Treatment**<br><br>**File Format**<br>• Vector .AI or .EPS file.<br>• High-res layered .PSD<br>• Transparent .PNG<br>• Fonts (OpenType Font .OTF)<br><br>**Creative Requirements**<br>• The brand logo/title treatment should have a transparent background.<br><br>**Supporting Campaign Imagery**<br><br>**File Format**<br>• Vector .AI or .EPS file.<br>• High-res layered .PSD<br>• Transparent .PNG<br>• Fonts (OpenType Font .OTF)<br><br>**Creative Requirements**<br>• All images should have a transparent background.<br>• Avoid using images with text in them.<br><br>**Copy (Optional)**<br><br>**Creative Best Practices**<br>• Evaluate how brand messaging could function in the pause state.<br>• Focus on relevancy.<br>• Keep the text concise. Aim to cap at 30 characters or fewer.<br><br>**Text Readability**<br>• The text should be set in white to ensure readability.<br>• Avoid having the messaging run over three lines of text.<br>• The style should follow the client's branding.<br><br>**Text Legibility**<br>• Keep in mind that a single asset gets trafficked across all devices. Therefore, the font size has to remain legible even at the smallest supported breakpoint size (1024px). | [0084] Ad engine 110 can initiate playback of a queued advertisement over any broadcast medium. In a preferred embodiment, ad engine 110 initiates playback through an over-the-top system. OTT systems can include any one or more systems or elements of a larger system that use publicly accessible internet connections to deliver video streams. OTT systems advantageously allow digital content to be accessible by any devices that can access the internet and establish a connection with ad engine 110. As such, an advertiser can create one version of an advertisement that can be formatted and played across multiple different devices (e.g., a tablet, a phone, and a laptop) without the restrictions of closed systems and proprietary formats. For example, ad engine 110 can initiate ad playback in an online streaming service that allows users to view the same advertisements through multiple internet connected devices, including, for example, smart phones, laptops, and tablet computers. [0085] Further, ad engine 110 can deliver the advertisements in the form of program instructions that allows advertisements to have interactive elements. It is |

| | | |
|---|---|---|
| preferences, and technical specifications of a playback device. | https://advertising.hulu.com/ad-products/pause-ad/#miscellaneous | contemplated that interactive elements can allow advertisements to receive new program instructions from a user.  For example, when a user pauses a video on their smart phone, ad engine 110 can initiate playback of an interactive advertisement that further allows the user to input an order for fast food delivery straight through an internet-connect television, smart phone, and/or tablet computer.  The advertisement can further include additional functionality, including, for example, a map showing the location of your delivery driver after a user places a food delivery order using an advertisement user interface.<br><br>**Here, Hulu controls advertisement selection and delivery based on various formatting and data type limitations. Hulu also offers different types of advertisement options in different formats on their website from which an advertiser can pick specific types of ads for specific types of media consumption devices.** |

| US Patent No. 10,728,619 Claim 3 | Accused Product/System | Infringement of US Patent No. 10,728,619 |
|---|---|---|
| A method for displaying tailored advertising in response to user media playback behavior via an over-the-top data delivery system, comprising: . . .<br><br>analyzing content associated with the media playback; . . . | | |
| wherein analyzing the media content further comprises analyzing a media attribute selected from the group consisting of: total playback time, format, designated commercial breaks, subject matter, themes, actors, production studios, and playback permissions. | <br><br>https://advertising.hulu.com/ad-products/binge-ad/ | [0072] For example, ad engine 110 can, based on the advertisement policy for a user, determine that advertisements associated with the classifiers "college-educated", "male-oriented", "liberal", and "less than 30 seconds long" are the most relevant to a 20-year-old college student.  Ad engine 110 can further determine that the user averages 4 pauses per hour for with an average pause-length of 3 minutes for long-form content (e.g., playback time of greater than one hour long). As a result, ad engine 110 can select a group of 45 advertisements that are each less than 30 seconds long and directed to comedic themes from a pool of advertisements based on the analyzed media being a slapstick comedy movie that spans a length of 2 hours.  Following this selection of 45 advertisements, ad engine 110 |

| | | |
|---|---|---|
| | | can select 16 30-second-long advertisements and schedule them in order of ascending relevance to the user based on the advertisement policy (e.g., male, mid-twenties, college-educated) indicated by the advertisement policy.  The queued advertisements can then playback in the designated order when the user pauses the movie.<br>**[0073]** In another example, ad engine 110 can select a group of 40 advertisements that are each less than 30 seconds long and directed to financial topics from a pool of advertisements based on the analyzed media being a series of 10 fifteen-minute-long investment tutorial videos.  Following this selection of 40 advertisements, ad engine 110 can select 20 thirty-second-long advertisements and schedule them in order of ascending relevance to the user's demographics (e.g., female, high-income, doctor, home-owner, etc.) indicated by the advertisement policy.<br><br><br>**Here, Hulu queues advertisements based on user behavior and associated media content.  For example, Hulu will identify a binge session and queue up an advertisement at a particular episode based on binge watching behaviors associated with the user. (see TechCrunch reference regarding Hulu binge ad launch).** |

| US Patent No. 10,728,619 Claim 4 | Accused Product/System | Infringement of US Patent No. 10,728,619 |
|---|---|---|
| A method for displaying tailored advertising in response to user media playback behavior via an over-the-top data delivery system, . . . further comprising: | | |
| creating the advertisement rule for the user; | 3. Use of Information We Collect<br><br>Use in General. We use the information we collect from or about you in order to help deliver a first-class user experience, including for the following purposes:<br><br>    * providing the Hulu Services, including customer support;<br>    * contacting and communicating with you, including for promotions, updates, and notifications;<br>    * customizing the Content and advertising you view and evaluating how well the Content and advertising perform;<br>    * identifying Content you share;<br>    * administering surveys, sweepstakes, contests, and other promotional activities or events;<br>    * customizing recommendations;<br>    * operating and optimizing the Hulu Services, such as by conducting analytics and research;<br>    * compiling aggregate data for internal and external business purposes;<br>    * detecting security incidents, preventing potentially fraudulent, illegal or harmful activities and otherwise enforcing our Terms of Use and other policies;<br>    * protecting your and our rights and complying with legal obligations;<br>    * other uses in accordance with our Terms of Use; and<br>    * any other purpose that is disclosed to you at the time we collect the information or that is related to a request made by you.<br><br>Use of Payment Information. We use payment information, such as credit card numbers and billing ZIP code, and commercial information, such as the Hulu plan(s) you purchase, to help provide the Hulu Services. For example, we use payment information to process payments from a subscriber (we use a third-party payment processor to do this), to retrieve account information for a subscriber, to determine whether a subscriber is eligible for promotions, and to detect abuse of the Hulu Services.<br><br>https://www.hulu.com/privacy.txt | [0047] It is contemplated that user data can be retrieved from local storage and/or remote storage.  User data can include any data associated with a user, including, for example, purchasing behavior, media consumption behavior, media content data, geolocation data, and biometric data.<br>[0048] In one embodiment, ad engine 110 receives user data from database 112 residing remotely on server computer 108.  For example, ad engine 110 can receive data regarding a user's viewing habits, shows watched, purchase history, and recent keyword searches from a solid-state drive (SSD) residing in a remote server through the Internet.  In another example, ad engine 110 can receive data regarding a user's viewing habits from multiple databases in a |



distributed database system in a cloud environment.

**Here, Hulu's privacy policy expressly states that user data and associated activities online may be used to tailor advertisements (e.g., binge ads), measure advertising effectiveness, and enable other enhancements.**
**As such, Hulu's advertisement platform analyzes historical user data to identify patterns of behavior (e.g., tailoring advertisements to user preferences and associated behaviors) to create at least one advertisement rule for a user.  Hulu then provides "contextually and situationally-relevant messages".**

**BINGE AD**

Hulu's Binge Ads enable marketers to deliver contextually and situationally-relevant messages at the right time and place - during a viewer's binge session. It also allows brands to create and own a positive, entertaining viewer experience that compliments bingeing and reduces ad fatigue. Bingeing is a behavior that is unique to streaming services and offers a natural, authentic opportunity at that moment to connect with the viewer and consider their behavior. It provides brands the opportunity to incorporate their brand narratives into this behavior and engage with viewers in a non-disruptive way.

https://advertising.hulu.com/ad-products/binge-ad/

| applying the advertisement rule to a group of available advertisements; and | 3. Use of Information We Collect<br><br>Use in General. We use the information we collect from or about you in order to help deliver a first-class user experience, including for the following purposes:<br><br>    * providing the Hulu Services, including customer support;<br>    * contacting and communicating with you, including for promotions, updates, and notifications;<br>    * customizing the Content and advertising you view and evaluating how well the Content and advertising perform;<br>    * identifying Content you share;<br>    * administering surveys, sweepstakes, contests, and other promotional activities or events;<br>    * customizing recommendations;<br>    * operating and optimizing the Hulu Services, such as by conducting analytics and research;<br>    * compiling aggregate data for internal and external business purposes;<br>    * detecting security incidents, preventing potentially fraudulent, illegal or harmful activities and otherwise enforcing our Terms of Use and other policies;<br>    * protecting your and our rights and complying with legal obligations;<br>    * other uses in accordance with our Terms of Use; and<br>    * any other purpose that is disclosed to you at the time we collect the information or that is related to a request made by you.<br><br>Use of Payment Information. We use payment information, such as credit card numbers and billing ZIP code, and commercial information, such as the Hulu plan(s) you purchase, to help provide the Hulu Services. For example, we use payment information to process payments from a subscriber (we use a third-party payment processor to do this), to retrieve account information for a subscriber, to determine whether a subscriber is eligible for promotions, and to detect abuse of the Hulu Services.<br><br>https://www.hulu.com/privacy.txt | **See above** |



[https://advertising.hulu.com/ad-products/binge-ad/](https://advertising.hulu.com/ad-products/binge-ad/)

| | | |
|---|---|---|
| compiling the user-tailored advertisements based on the advertisement rule | 3. Use of Information We Collect<br><br>Use in General. We use the information we collect from or about you in order to help deliver a first-class user experience, including for the following purposes:<br><br>    * providing the Hulu Services, including customer support;<br>    * contacting and communicating with you, including for promotions, updates, and notifications;<br>    * customizing the Content and advertising you view and evaluating how well the Content and advertising perform;<br>    * identifying Content you share;<br>    * administering surveys, sweepstakes, contests, and other promotional activities or events;<br>    * customizing recommendations;<br>    * operating and optimizing the Hulu Services, such as by conducting analytics and research;<br>    * compiling aggregate data for internal and external business purposes;<br>    * detecting security incidents, preventing potentially fraudulent, illegal or harmful activities and otherwise enforcing our Terms of Use and other policies;<br>    * protecting your and our rights and complying with legal obligations;<br>    * other uses in accordance with our Terms of Use; and<br>    * any other purpose that is disclosed to you at the time we collect the information or that is related to a request made by you.<br><br>Use of Payment Information. We use payment information, such as credit card numbers and billing ZIP code, and commercial information, such as the Hulu plan(s) you purchase, to help provide the Hulu Services. For example, we use payment information to process payments from a subscriber (we use a third-party payment processor to do this), to retrieve account information for a subscriber, to determine whether a subscriber is eligible for promotions, and to detect abuse of the Hulu Services.<br><br>https://www.hulu.com/privacy.txt<br><br> | **See above** |

**https://advertising.hulu.com/ad-products/binge-ad/**



## Hulu launches its viewer-friendly 'binge watch ads'

Sarah Perez  @sarahintampa / 9:00 am PST • December 12, 2019

Image Credits: Lars Niki / Getty Images

**Hulu** ⊕ today is launching a new kind of ad experience that allows brands to specifically target binge-watchers — that is, viewers who are watching multiple episodes of a favorite program over a long stretch of time. These "binge watch ads" utilize machine learning techniques to predict when a viewer has begun to binge watch a show, then serves up contextually relevant ads that acknowledge a binge is underway. This culminates when the viewer reaches the third episode, at which point they're informed the next episode is ad-free or presents a personalized offer from the brand partner.

The binge watch ad concept was first announced at Hulu's annual NewFronts presentation in May, where it introduces to advertisers its new shows, features and ad formats. The company regularly experiments with new advertising formats designed to better cater to a streaming audience in a less obtrusive way. For example, Hulu already offers "pause ads," which only appear when the viewer presses the pause button.

https://techcrunch.com/2019/12/12/hulu-launches-its-viewer-friendly-binge-watch-ads/

| US Patent No. 10,728,619 Claim 5 | Accused Product/System | Infringement of US Patent No. 10,728,619 |
|---|---|---|
| A method for displaying tailored advertising in response to user media playback behavior via an over-the-top data delivery system, comprising: . . . <br><br> delivering an advertisement from any one or more third-party services in response to detecting a pause in the media playback[,] | | |

| | | | |
|---|---|---|---|
| wherein the advertisement is configured to receive user input via a user interface. | **hulu**<br><br>← BACK TO AD PRODUCTS<br><br>**AD SELECTOR**<br><br>The Ad Selector allows the user to control their ad experience by choosing the ad they want to see. The user will be presented with two or three video options. Once a selection is made, the user will be presented with the commercial of their choice. If no selection is made after :15, one video in the unit will be randomly selected to play.<br><br>https://advertising.hulu.com/ad-products/ad-selector/ | | **[0089]**  Ad engine 110 displays an interactive advertisement with a user interface (step 402). **[0090]**  In a preferred embodiment, ad engine 110 displays an interactive advertisement stored on a local storage media (e.g., internal hard drive, internal solid-state drive, random access memory, etc.).  For example, ad engine 110 can detect a user-initiated pause in the playback of a streaming comedy and cause playback of an interactive advertisement that includes a hyperlink to the website for the advertised product and an input field for a user to submit an email address for future promotional offers for the advertised product.  In another example, ad engine 110 can display an online music streaming service advertisement with various input fields to directly facilitate the purchase of the advertised product (e.g., signing up for a trial period, purchasing the product, etc.).<br><br>**Here, Hulu's advertisement platform is configured to receive user input.  Ad selector is one example of many instances of this technology being put to use in Hulu's advertisement platform.** |

| US Patent No. 10,728,619 Claim 6 DEPENDENT ON CLAIM 5 | Accused Product/System | Infringement of US Patent No. 10,728,619 |
|---|---|---|
| A method for displaying tailored advertising in response to user media playback behavior via an over-the-top data delivery system, comprising: . . . delivering an advertisement from any one or more third-party services in response to detecting a pause in the media playback, wherein the advertisement is configured to receive user input via a user interface. | | |

| | | |
|---|---|---|
| further comprising, receiving a user purchase request associated with the advertisement; | <br><br>https://advertising.hulu.com/ad-products/gatewaygo/ | **[0089]**  Ad engine 110 displays an interactive advertisement with a user interface (step 402).<br>**[0090]**  In a preferred embodiment, ad engine 110 displays an interactive advertisement stored on a local storage media (e.g., internal hard drive, internal solid-state drive, random access memory, etc.).  For example, ad engine 110 can detect a user-initiated pause in the playback of a streaming comedy and cause playback of an interactive advertisement that includes a hyperlink to the website for the advertised product and an input field for a user to submit an email address for future promotional offers for the advertised product.  In another example, ad engine 110 can display an online music streaming service advertisement with various input fields to directly facilitate the purchase of the advertised product (e.g., signing up for a trial period, purchasing the product, etc.).<br><br>**Here, Hulu's advertisement platform is configured to receive user input to facilitate a purchase or delivery of another incentive.** |

| executing the user purchase request; and | | [0089]  Ad engine 110 displays an interactive advertisement with a user interface (step 402). [0090]  In a preferred embodiment, ad engine 110 displays an interactive advertisement stored on a local storage media (e.g., internal hard drive, internal solid-state drive, random access memory, etc.).  For example, ad engine 110 can detect a user-initiated pause in the playback of a streaming comedy and cause playback of an interactive advertisement that includes a hyperlink to the website for the advertised product and an input field for a user to submit an email address for future promotional offers for the advertised product. In another example, ad engine 110 can display an online music streaming service advertisement with various input fields to directly facilitate the purchase of the advertised product (e.g., signing up for a trial period, purchasing the product, etc.). **See above** |
| --- | --- | --- |
| | <br>https://advertising.hulu.com/ad-products/gatewaygo/ | |

| | | | |
|---|---|---|---|
| causing one or more of a product and a service to be delivered to the user. | <br><br>https://advertising.hulu.com/ad-products/gatewaygo/<br><br><br><br>https://advertising.hulu.com/ad-products/gatewaygo/ | | **[0089]** Ad engine 110 displays an interactive advertisement with a user interface (step 402). **[0090]** In a preferred embodiment, ad engine 110 displays an interactive advertisement stored on a local storage media (e.g., internal hard drive, internal solid-state drive, random access memory, etc.). For example, ad engine 110 can detect a user-initiated pause in the playback of a streaming comedy and cause playback of an interactive advertisement that includes a hyperlink to the website for the advertised product and an input field for a user to submit an email address for future promotional offers for the advertised product. In another example, ad engine 110 can display an online music streaming service advertisement with various input fields to directly facilitate the purchase of the advertised product (e.g., signing up for a trial period, purchasing the product, etc.).<br><br>**See above** |

| US Patent No. 10,728,619 Claim 7 DEPENDENT ON CLAIM 5 | Accused Product/System | Infringement of US Patent No. 10,728,619 |
|---|---|---|
| A method for displaying tailored advertising in response to user media playback behavior via an over-the-top data delivery system, comprising: . . .<br><br>delivering an advertisement from any one or more third-party services in response to detecting a pause in the media playback, wherein the advertisement is configured | | |

| to receive user input via a user interface. | | |
|---|---|---|
| receiving a user information input associated with the advertisement; and | <br><br>https://advertising.hulu.com/ad-products/gatewaygo/ | **[0089]** Ad engine 110 displays an interactive advertisement with a user interface (step 402). **[0090]** In a preferred embodiment, ad engine 110 displays an interactive advertisement stored on a local storage media (e.g., internal hard drive, internal solid-state drive, random access memory, etc.). For example, ad engine 110 can detect a user-initiated pause in the playback of a streaming comedy and cause playback of an interactive advertisement that includes a hyperlink to the website for the advertised product and an input field for a user to submit an email address for future promotional offers for the advertised product. In another example, ad engine 110 can display an online music streaming service advertisement with various input fields to directly facilitate the purchase of the advertised product (e.g., signing up for a trial period, purchasing the product, etc.).<br><br>**Here, Hulu's advertisement platform is configured to receive user input to facilitate a purchase or delivery of another incentive.** |



https://advertising.hulu.com/ad-products/gatewaygo/



https://advertising.hulu.com/ad-products/ad-selector/

| | | |
|---|---|---|
| storing the user information. | 3. Use of Information We Collect<br><br>Use in General. We use the information we collect from or about you in order to help deliver a first-class user experience, including for the following purposes:<br><br>   * providing the Hulu Services, including customer support;<br>   * contacting and communicating with you, including for promotions, updates, and notifications;<br>   * customizing the Content and advertising you view and evaluating how well the Content and advertising perform;<br>   * identifying Content you share;<br>   * administering surveys, sweepstakes, contests, and other promotional activities or events;<br>   * customizing recommendations;<br>   * operating and optimizing the Hulu Services, such as by conducting analytics and research;<br>   * compiling aggregate data for internal and external business purposes;<br>   * detecting security incidents, preventing potentially fraudulent, illegal or harmful activities and otherwise enforcing our Terms of Use and other policies;<br>   * protecting your and our rights and complying with legal obligations;<br>   * other uses in accordance with our Terms of Use; and<br>   * any other purpose that is disclosed to you at the time we collect the information or that is related to a request made by you.<br><br>Use of Payment Information. We use payment information, such as credit card numbers and billing ZIP code, and commercial information, such as the Hulu plan(s) you purchase, to help provide the Hulu Services. For example, we use payment information to process payments from a subscriber (we use a third-party payment processor to do this), to retrieve account information for a subscriber, to determine whether a subscriber is eligible for promotions, and to detect abuse of the Hulu Services.<br><br>https://www.hulu.com/privacy.txt | Here, Hulu's privacy policy expressly states that it collects user data.  User data must be stored and tied to a user for customization of content and advertising. |

| US Patent No. 10,728,619 Claim 8 | Accused Product/System | Infringement of US Patent No. 10,728,619 |
|---|---|---|
| A method for displaying tailored advertising on a media player through a content provider-based software application, comprising: | | |
| retrieving an advertisement rule associated with a user; | 3. Use of Information We Collect<br><br>Use in General. We use the information we collect from or about you in order to help deliver a first-class user experience, including for the following purposes:<br><br>• providing the Hulu Services, including customer support;<br>• contacting and communicating with you, including for promotions, updates, and notifications;<br>• customizing the Content and advertising you view and evaluating how well the Content and advertising perform;<br>• identifying Content you share;<br>• administering surveys, sweepstakes, contests, and other promotional activities or events;<br>• customizing recommendations;<br>• operating and optimizing the Hulu Services, such as by conducting analytics and research;<br>• compiling aggregate data for internal and external business purposes;<br>• detecting security incidents, preventing potentially fraudulent, illegal or harmful activities and otherwise enforcing our Terms of Use and other policies;<br>• protecting your and our rights and complying with legal obligations;<br>• other uses in accordance with our Terms of Use; and<br>• any other purpose that is disclosed to you at the time we collect the information or that is related to a request made by you.<br><br>Use of Payment Information. We use payment information, such as credit card numbers and billing ZIP code, and commercial information, such as the Hulu plan(s) you purchase, to help provide the Hulu Services. For example, we use payment information to process payments from a subscriber (we use a third-party payment processor to do this), to retrieve account information for a subscriber, to determine whether a subscriber is eligible for promotions, and to detect abuse of the Hulu Services.<br><br>https://www.hulu.com/privacy.txt<br><br>"Advertisers. We display advertisements from other companies on the Hulu Services, often enabling users to interact with the advertisements or click through to websites or other properties owned or operated by other companies. These advertisers and their service providers may use cookies | **[0071]** It is contemplated that ad engine 110 queues advertisements that are the most relevant to the user by applying the user-specific advertisement policy to the filtered advertisements based on analyzed media attributes.<br>**[0072]** For example, ad engine 110 can, based on the advertisement policy for a user, determine that advertisements associated with the classifiers "college-educated", "male-oriented", "liberal", and "less than 30 seconds long" are the most relevant to a 20-year-old college student.<br><br>**Here, Hulu's privacy policy states that it uses user data to cusomize the content and advertising a user views and evaluation how well the advertising performs.  As such, Hulu's advertising platform uses one or more advertisement rules associated with a user to** |

| | | |
|---|---|---|
| | and similar technologies to collect information, from or about you through the Hulu Services in order to tailor advertisements, measure advertising effectiveness, and enable other enhancements. This information may relate to your use of the Hulu Services, websites you visited, advertisements you viewed, and your other activities online and may include the information described in Section 2 ("Information We Collect"). We may also compile and provide reports, including in encrypted, aggregated, or de-identified forms, to advertisers about the effectiveness of their campaigns."<br><br>https://www.hulu.com/privacy.txt (Section 4)<br><br><br><br>https://advertising.hulu.com/ad-products/binge-ad/ | **deliver and analyze the success of content and advertisements.** |
| analyzing content | | **[0069]** Media attributes include any objective and subjective characteristics of the media content |

| | | |
|---|---|---|
| associated with the media player through the content provider-based software application; | <br><br>https://advertising.hulu.com/ad-products/binge-ad/ | itself.  Objective characteristics can include, for example, total playback time, listed actors/actresses, total number of episodes, and genres.  Subjective characteristics can include, for example, type of humor, tone, and pacing. **[0070]** However, the objective and subjective characteristics listed herein are merely illustrative and are not limited to the provided examples. It is contemplated that ad engine 110 can use apply the advertisement policy to the analyzed media attributes to assist in determining which advertisements to run.<br><br>**Here, Hulu's advertisement platform analyzes the context of a user's binge session to delivery situationally relevant ads.  As such, Hulu's advertisement services, such as binge ads, analyzes the media itself to determine how to delivery advertisements based on the context.** |



https://techcrunch.com/2019/12/12/hulu-launches-its-viewer-friendly-binge-watch-ads/



ways to reach customers in a way that doesn't annoy them. Ads that tie into content or that show a story across commercial breaks have seen some success — take Procter & Gamble's widely applauded "It's a Tide Ad" spots during the 2018 Super Bowl, which continued through ad placements throughout the game.

Hulu will use data on viewers to predict when they're likely to begin binge-watching a show, which it defines as watching three or more episodes at a time. The platform will serve "contextually relevant messaging from our brand partners that acknowledges a binge watching session has begun."

For instance, an example ad for Cheez-It Snap'd snacks reads, "Another episode? Snack it to me!" and one from Sparkle says "The dishes can (probably) wait. More TV!"

Once a viewer reaches a third episode, an message will reveal that the next episode will be ad-free (this message could be "presented by Sparkle," for example) or will give the viewer a unique offer from a brand, like $1 off a bag of a certain variety of Cheez-Its.

https://www.cnbc.com/2019/12/12/hulu-new-ad-type-will-reward-binge-watchers.html

"We may use the information we collect from or about you to better understand your preferences and behaviors, including to customize Content and advertising for you. We may combine the information we collect from or about you and use it in the manner described in this Privacy Policy or as otherwise permitted by law."
https://www.hulu.com/privacy.txt (Section 2)

| selecting one or more advertisements that are tailored to the user based on the analyzed content and the advertisement rule; and | 

https://advertising.hulu.com/ad-products/pause-ad/

3. Use of Information We Collect

Use in General. We use the information we collect from or about you in order to help deliver a first-class user experience, including for the following purposes:

* providing the Hulu Services, including customer support;
* contacting and communicating with you, including for promotions, updates, and notifications;
* customizing the Content and advertising you view and evaluating how well the Content and advertising perform;
* identifying Content you share;
* administering surveys, sweepstakes, contests, and other promotional activities or events;
* customizing recommendations;
* operating and optimizing the Hulu Services, such as by conducting analytics and research;
* compiling aggregate data for internal and external business purposes;
* detecting security incidents, preventing potentially fraudulent, illegal or harmful activities and otherwise enforcing our Terms of Use and other policies;
* protecting your and our rights and complying with legal obligations;
* other uses in accordance with our Terms of Use; and
* any other purpose that is disclosed to you at the time we collect the information or that is related to a request made by you.

Use of Payment Information. We use payment information, such as credit card numbers and billing ZIP code, and commercial information, such as the Hulu plan(s) you purchase, to help provide the Hulu Services. For example, we use payment information to process payments from a subscriber (we use a third-party payment processor to do this), to retrieve account information for a subscriber, to determine whether a subscriber is eligible for promotions, and to detect abuse of the Hulu Services.

https://www.hulu.com/privacy.txt | Here, Hulu's advertising platform is made to tailor advertisements based on the content being watched (e.g., binge ads) and the advertisement rule (e.g., customization of ads based on particular characteristics of the user). |

"Advertisers. We display advertisements from other companies on the Hulu Services, often enabling users to interact with the advertisements or click through to websites or other properties owned or operated by other companies. These advertisers and their service providers may use cookies and similar technologies to collect information, from or about you through the Hulu Services in order to tailor advertisements, measure advertising effectiveness, and enable other enhancements. This information may relate to your use of the Hulu Services, websites you visited, advertisements you viewed, and your other activities online and may include the information described in Section 2 ("Information We Collect"). We may also compile and provide reports, including in encrypted, aggregated, or de-identified forms, to advertisers about the effectiveness of their campaigns."

https://www.hulu.com/privacy.txt (Section 4)



https://advertising.hulu.com/ad-products/binge-ad/



## Hulu launches its viewer-friendly 'binge watch ads'

Sarah Perez   @sarahintampa / 6:00 am PST • December 12, 2018

Image Credits: Lars Niki / Getty Images

Hulu today is launching a new kind of ad experience that allows brands to specifically target binge-watchers — that is, viewers who are watching multiple episodes of a favorite program over a long stretch of time. These "binge watch ads" utilize machine learning techniques to predict when a viewer has begun to binge watch a show, then serves up contextually relevant ads that acknowledge a binge is underway. This culminates when the viewer reaches the third episode, at which point they're informed the next episode is ad-free or presents a personalized offer from the brand partner.

The binge watch ad concept was first announced at Hulu's annual NewFronts presentation in May, where it introduces to advertisers its new shows, features and ad formats. The company regularly experiments with new advertising formats designed to better cater to a streaming audience in a less obtrusive way. For example, Hulu already offers "pause ads," which only appear when the viewer presses the pause button.

https://techcrunch.com/2019/12/12/hulu-launches-its-viewer-friendly-binge-watch-ads/

| | | |
|---|---|---|
| displaying the one or more advertisements on the media player through the content provider-based software application in response to receiving a pause command during playback of the content. | <br>https://advertising.hulu.com/ad-products/binge-ad/ | Here, Hulu's platform delivers customized advertisements in response to pause commands, whether they be predetermined or initiated by a user. |



https://advertising.hulu.com/ad-products/pause-ad/

| US Patent No. 10,728,619 Claim 9 | Accused Product/System | US Patent No. 10,728,619 Specification Support + Infringement Analysis |
|---|---|---|
| A method for displaying tailored advertising on a media player through a content provider-based software application, comprising: | | |
| wherein the content comprises one or more media files stored in a database. | https://help.hulu.com/s/article/downloads?language=en_US | Here, Hulu must store digital media in a database in order to deliver them to end users. |

| US Patent No. 10,728,619 Claim 10 | Accused Product/System | Infringement of US Patent No. 10,728,619 |
|---|---|---|
| A method for displaying tailored advertising on a media player through a content provider-based software application, comprising: | | |
| wherein the one or more advertisements comprises one or more media files stored in a database. | **Brand Logo/Title Treatment**<br><br>**File Format**<br>• Vector .AI or .EPS File.<br>• High-res layered .PSD<br>• Transparent .PNG<br>• Fonts (OpenType Font .OTF)<br><br>**Creative Requirements**<br>• The brand logo/title treatment should have a transparent background.<br><br>**Supporting Campaign Imagery**<br><br>**File Format**<br>• Vector .AI or .EPS File.<br>• High-res layered .PSD<br>• Transparent .PNG<br>• Fonts (OpenType Font .OTF)<br><br>**Creative Requirements**<br>• All images should have a transparent background.<br>• Avoid using images with text in them.<br><br>**Copy (Optional)**<br><br>**Creative Best Practices**<br>• Evaluate how brand messaging could function in the pause state.<br>• Focus on relevancy.<br>• Keep the text concise. Aim to cap at 30 characters or fewer.<br><br>**Text Readability**<br>• The text should be set in white to ensure readability.<br>• Avoid having the messaging run over three lines of text.<br>• The style should follow the client's branding.<br><br>**Text Legibility**<br>• Keep in mind that a single asset gets trafficked across all devices. Therefore, the font size has to remain legible even at the smallest supported breakpoint size (1024px).<br><br>https://advertising.hulu.com/ad-products/pause-ad/#miscellaneous | Here, Hulu must store multiple types of media files in databases because their platform allows for different operating systems to integrate into the larger platform.  Hulu allows for different file formats to be submitted by advertisers. |

| US Patent No. 10,728,619 Claim 11 | Accused Product/System | Infringement of US Patent No. 10,728,619 |
|---|---|---|
| A method for displaying tailored advertising on a media player through a content provider-based software application, comprising: | | |
| wherein the content is selected from the group consisting of: a television show, a streaming video, a movie, a video game, and an audio recording, wherein the content comprises any one or more of short form content and long term content. | 

https://www.hulu.com/welcome | Here, Hulu is a streaming service. As such, Hulu's advertising is tied to at least one or more of the listed content types. |

| US Patent No. 10,728,619 Claim 12 | Accused Product/System | Infringement of US Patent No. 10,728,619 |
|---|---|---|
| A method for displaying tailored advertising on a media player through a content provider-based software application, comprising: | | |
| wherein the media player through the content provider-based software application is selected from the group consisting of: a computer, a television, a tablet computer, a smart phone, a smart watch, a projector, and an audio playback device. | Hulu supported devices<br><br>May 11, 2020<br><br>As a Hulu subscriber, you'll be able to stream your favorite content from the comfort of your very own couch to the confines of public transportation using any one of our supported devices. The available content and features will vary depending on your plan and the version of the app supported by your device.<br><br>**The latest Hulu app**<br><br>All the devices listed below support the latest Hulu app. They allow you to access all Hulu features and any of the content you subscribe to – including live TV and Premium Add-ons.<br><br>Sign up now to get started, or select from the list below to learn more about supported models.<br><br>• Android phones and tablets<br>• Android TV (select models)<br>• Apple TV (4th generation or later)<br>• Chromecast<br>• Echo Show<br>• Fire Tablets<br>• Fire TV and Fire TV Stick<br>• iPhones and iPads<br>• LG TV (select models)<br>• Nintendo Switch<br>• Mac and PC browsers/apps<br>• PlayStation 3®<br>• PlayStation 4<br>• Roku and Roku Stick (select models)<br>• Samsung TV (select models)<br>• VIZIO SmartCast TVs<br>• Xbox 360<br>• Xbox One<br>• Xfinity Flex Streaming TV Box®<br>• Xfinity X1 TV Boxes®<br><br>https://help.hulu.com/s/article/supported-devices?language=en_US | **Here, Hulu expressly states support for multiple media players and respective software platforms.** |